DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
By: DANIELLE J. MARRYSHOW
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone: (212) 637-2689
E-mail: danielle.marryshow@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTONIO MADERA,

      Plaintiff,

  -against-

THE CITY OF NEW YORK, CRAIG W. TIEJEN, WILLIAM ARNOLD, METEHAN EGILMEZ, OMAR SAAD, and DOUGLAS LOPEZ,

      Defendants.

**CERTIFICATION**

Case No. 24 Civ. 2903

From the Supreme Court of the State of New York, County of New York, Index No. 152364/2021

---

  I, DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, pursuant to the provisions of 42 U.S.C. § 233 and 28 U.S.C. § 2679(d), and by virtue of the authority vested in me by the Attorney General under 28 C.F.R. § 15.4, hereby certify, on the basis of the complaint filed in the above-captioned action and the information now available with respect to the tort claims alleged, that defendants Craig W. Tiejen, William Arnold, and Metehan Egilmez were acting within the scope of their federal employment at the time of the incident out of which Plaintiff's claim arose.

Dated: New York, New York
   April 15, 2024

                       _____
                       DAMIAN WILLIAMS
                       United States Attorney for the
                       Southern District of New York